

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Ronal Peace and Jacquetta L. Peace,
Appellants

No. 06-20-00097-CV      v.

PNC Bank National Association S/B/M to
National City Bank S/B/M to National City
Mortgage Co. D/B/A Commonwealth
United Mortgage Company, as the
Successor in Interest or Assignee of
National City Mortgage Co. D/B/A
Commonwealth United Mortgage a
Subsidiary of National City Bank of
Indiana, by and through its duly Authorized
Mortgage Servicer PNC Mortgage, a
Division of PNC Bank, N.A., Successor to
National City Bank, Appellee

Appeal from the 18th District Court of
Johnson County, Texas (Tr. Ct. No. DC-
C201600243). Memorandum Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial reversible error in the judgment of the court below. Therefore, we reverse the trial court's order related to the judicial foreclosure and remand the matter to the trial court for rendition of an order of sale complying with Rule 309 of the Texas Rules of Civil Procedure. In all other respects, the trial court's judgment is affirmed.

We further order that the appellants pay all costs of this appeal.

RENDERED NOVEMBER 22, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk